# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| R. DOE and S. DOE, | : | No. 3:19cv174, |
| --- | --- | --- |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MARK ICKER, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 15th day of April 2019, the defendant's motion to stay discovery in this matter pending the disposition of the criminal charges against the defendant (Doc. 11) is hereby **GRANTED**.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court